IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 14-cv-01124-RPM

CHELSEA BLANCHETTE,
COLTON SCHRICKER,

    Plaintiffs,

v.

JOHN LAUNDY and
CITY OF STEAMBOAT SPRINGS, COLORADO,

    Defendants.

_____

ORDER GRANTING LEAVE TO FILE SECOND AMENDED COMPLAINT
_____

    In response to the partial motion to dismiss, filed by defendants City of Steamboat Springs, Colorado, and John Laundy on June 23, 2014, [Doc. 12] the plaintiffs filed a Motion for Leave to File Second Amended Complaint, tendering that pleading which removes Colton Schricker as a plaintiff and which contains additional factual allegations concerning municipal liability.  It is now

    ORDERED that the motion is granted and the Second Amended Complaint is filed and it is

    FURTHER ORDERED that the partial motion to dismiss is moot.

    DATED:  July 15th, 2014

                                      BY THE COURT:

                                      s/Richard P. Matsch
                                      _____
                                      Richard P. Matsch, Senior Judge