UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01124-RPM

CHELSEA BLANCHETTE,

    Plaintiff,

v.

JOHN LAUNDY and
CITY OF STEAMBOAT SPRINGS, Colorado,

    Defendants.

---

**ORDER RE STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE OF DEFENDANT JOHN LAUNDY**

---

This matter is before the Court on the Stipulated Motion to Dismiss John Laundy with Prejudice. Having reviewed the Motion and the case file, and being fully advised in the premises, the court finds and orders as follows:

IT IS ORDERED that Defendant John Laundy is hereby dismissed with prejudice, without any further relief from this Court concerning costs and fees.

Dated this 23rd day of October, 2014.

                                  BY THE COURT:

                                  Richard P. Matsch, Senior District Judge