IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 14-cv-01124-RPM

CHELSEA BLANCHETTE,

    Plaintiffs,

v.

CITY OF STEAMBOAT SPRINGS, COLORADO,

    Defendant.

_____

## ORDER OF DISMISSAL
_____

Pursuant to the Stipulated Motion to Dismiss City of Steamboat Springs with Prejudice [30] filed today, it is

ORDERED that this action is dismissed with prejudice, each party to bear their own attorney fees and costs.

DATED:   October 24th, 2014

                              BY THE COURT:

                              s/Richard P. Matsch

                              _____
                              Richard P. Matsch, Senior Judge